IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLANDA KIMBLE                                                                    PLAINTIFF

v.                              Case No. 4:18-cv-00101-KGB

TRANS UNION, LLC, and
ENTERGY ARKANSAS, INC.                                                          DEFENDANTS

## ORDER

Plaintiff Charlanda Kimble has filed a notice of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 16). Defendants Trans Union, LLC, and Entergy Arkansas, Inc., have not responded to the motion, and the time to file a response has passed. For good cause shown, the Court dismisses with prejudice this action. Each party shall bear its own costs, attorney's fees, and expenses.

It is so ordered this 13th day of November, 2018.

Kristine G. Baker
United States District Judge